# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2096

_____

| | | |
|---|---|---|
| Milos J. Jiricko, M. D., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Brian R. Plegge, Lawyer; Patrick | * | District Court for the |
| J. Horgan, Lawyer; William D. Stiehl, | * | Eastern District of Missouri. |
| Federal Officer and Judge, United | * | [UNPUBLISHED] |
| States District Court for Southern | * | |
| District of Illinois, East St. Louis, | * | |
| Illinois, in his official and individual | * | |
| capacity, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  October 28, 1998

Filed:   November 3, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Milos J. Jiricko, M.D., appeals the district court's[1] dismissal of his complaint, following a hearing, for failure to state a claim.  Having reviewed the record and the parties' submissions on appeal, we conclude that the district court did not err in dismissing the action.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.  Jiricko's motion for a hearing on appeal is denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1] ict Judge for the Eastern District of Missouri.